274

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* RAYMOND WHITE, Petitioner-Appellant.

(No. 57193;

First District (1st Division)—August 13, 1973.

*Supplemental opinion filed upon denial of rehearing October 22, 1973.*

PER CURIAM.
BURKE, P. J., took no part.

Barry Rand Elden, of Defender Project, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Douglas Cannon, Assistant State's Attorneys, of counsel,) for the People.

BEVERLY KARON, Plaintiff, *v.* E. H. MARHOEFFER, JR. Co. *et al.*, Defendants—(E. H. MARHOEFFER, JR. COMPANY, Third-Party Plaintiff-Appellant, *v.* CECO CORPORATION, Third-Party Defendant-Appellee.)

(No. 57263;

First District (1st Division)—August 13, 1973.